UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

RODERICK BATTLE,

Defendant.

CRIMINAL ACTION NO.
1:23-CR-00280-JPB-JSA-1

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on United States Magistrate Judge Justin S. Anand's Report and Recommendation [Doc. 423]. Neither party filed any objections. This Court finds as follows:

Absent objection, a district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the Report and Recommendation that is the subject of a proper objection on a *de novo* basis and any non-objected-to portion under a "clearly erroneous" standard. See Fed. R. Crim. P. 59(b)(3). Because no objections have been filed, the Court has reviewed the Report and Recommendation for clear error and finds none.

Accordingly, the Court **APPROVES AND ADOPTS** the Report and Recommendation [Doc. 423] as the judgment of the Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's Amended Motion to Suppress Search of Meta and iCloud [Doc. 326] is **DENIED**.

**SO ORDERED** this 21st day of July, 2026.

_____
J. P. BOULEE
United States District Judge

2