UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

RODERICK BATTLE and SAMORIA
WALKER,

Defendants.

CRIMINAL ACTION NOS.
1:23-CR-00280-JPB-JSA-1
1:23-CR-00280-JPB-JSA-10

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

This matter is before the Court on United States Magistrate Judge Justin S. Anand's Report and Recommendation [Doc. 452]. Neither party filed any objections. This Court finds as follows:

Absent objection, a district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. <u>United States v. Raddatz</u>, 447 U.S. 667, 680 (1980). Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the Report and Recommendation that is the subject of a proper objection on a *de novo* basis and any non-objected-to portion under a "clearly erroneous" standard. <u>See</u> Fed. R. Crim. P. 59(b)(3). Because no objections have been filed, the Court has reviewed the Report and Recommendation for clear error and finds none.

Accordingly, the Court **APPROVES AND ADOPTS** the Report and Recommendation [Doc. 452] as the judgment of the Court.  For the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motions to Sever Counts [Doc. 307]; [Doc. 451] are **GRANTED**.  Defendants Battle and Walker shall face separate trials specific to their fraud charges (Counts 13 and 14 of the Second Superseding Indictment).

**SO ORDERED** this 4th day of August, 2026.

J. P. BOULEE
United States District Judge

2